**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Lee Walters, MD, et al.

_____
**Plaintiff(s),**

**v.**

Vitamin Shoppe, Inc., et al.

_____
**Defendant(s).**

Civil Case No. _3:14-cv-01173-PK_____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _Angel A. Garganta_____ requests special admission *pro hac vice* in

the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

**(1)**   **PERSONAL DATA:**

Name:  Garganta                     Angel                     A.
_____
      *(Last Name)*             *(First Name)*          *(MI)*        *(Suffix)*

Firm or Business Affiliation: _Venable LLP_____

Mailing Address:      1 Market Street, 40th Floor

City: San Francisco _____   State:  CA _____   Zip:  94105 _____

Phone Number:  (415) 653-3750 _____   Fax Number:  (503) 653-3755 _____

Business E-mail Address:  AGarganta@Venable.com

**(2)**   **BAR ADMISSIONS INFORMATION:**

**(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):

California SB #163957, admitted 4/9/1993

**(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):

USDC, District of Arizona; USDC, Central District of California;

USDC, Northern District of California; USDC Southern District of

California; Ninth Circuit Court of Appeals; USDC Northern District of Florida

**(3)**   **CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**   **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**   **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Vitamin Shoppe, Inc. and VS Direct, Inc. dba The Vitamin Shoppe

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this **26th** day of **August**, **2014**

_____
(Signature of Pro Hac Counsel)

Angel A. Garganta
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this **26th** day of **August**, **2014**

_____
(Signature of Local Counsel)

Name: Colton                      Chad                      M.
      *(Last Name)*              *(First Name)*            *(MI)*        *(Suffix)*

Oregon State Bar Number: 065774

Firm or Business Affiliation: Markowitz, Herbold, Glade & Mehlhaf, PC

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland                          State: OR          Zip: 97204

Phone Number: (503) 295-3085          Business E-mail Address: ChadColton@MHGM.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---