**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Lee Walters, MD, et al.
_____
      **Plaintiff(s),**
**v.**

Vitamin Shoppe, Inc., et al.
_____
      **Defendant(s).**

Civil Case No. 3:14-cv-01173-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney  Micol O. Sordina  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)     PERSONAL DATA:**

Name:  Sordina        Micol        O.
      *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: Venable LLP
Mailing Address: 2049 Century Park East, Suite 2100
City: Los Angeles        State: CA        Zip: 90067
Phone Number: (310) 229-9900        Fax Number: (310) 229-9901
Business E-mail Address: MOSordina@Venable.com

_____

**(2)  BAR ADMISSIONS INFORMATION:**

  **(a)**  State bar admission(s), date(s) of admission, and bar ID number(s):
  California SB #245659, admitted 12/3/2006

  **(b)**  Other federal court admission(s), date(s) of admission, and bar ID number(s):
  USDC, Central District of California; USDC, Southern District of California; USDC, Southern District of New York

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

  **(a)**  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

  **(b)**  ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Vitamin Shoppe, Inc. and VS Direct, Inc. dba The Vitamin Shoppe

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 26 day of August, 2014

(Signature of Pro Hac Counsel)

Micol O. Sordina
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26th day of August, 2014

(Signature of Local Counsel)

Name: Colton           Chad           M.
      *(Last Name)*    *(First Name)* *(MI)*    *(Suffix)*

Oregon State Bar Number: 065774

Firm or Business Affiliation: Markowitz, Herbold, Glade & Mehlhaf, PC

Mailing Address: 1211 SW Fifth Avenue, Suite 3000

City: Portland        State: OR        Zip: 97204

Phone Number: (503) 295-3085        Business E-mail Address: ChadColton@MHGM.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge