**Chad M. Colton, OSB #065774**
ChadColton@MHGM.com
MARKOWITZ HERBOLD PC
1211 SW Fifth Avenue, Suite 3000
Portland, OR 97204-3730
Tel: (503) 295-3085
Fax: (503) 323-9105

**Angel A. Garganta (*admitted pro hac vice*)**
AGarganta@venable.com
**Micol S. Green (*admitted pro hac vice*)**
MSGreen@venable.com
VENABLE LLP
Spear Tower, 40th Floor
One Market Plaza
1 Market Street
San Francisco, CA 94105
Tel: (415) 653-3750
Fax: (415) 653-3755

*Attorneys for Defendants Vitamin Shoppe Industries, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| LEE WALTERS, MD, an Oregon resident,<br><br>  Plaintiffs,<br><br>  v.<br><br>VITAMIN SHOPPE INDUSTRIES, INC., a Delaware corporation,<br><br>  Defendants. | Case No.: 3:14-cv-01173-PK<br><br>**DECLARATION OF CHAD M. COLTON IN SUPPORT OF DEFENDANT VITAMIN SHOPPE INDUSTRIES, INC.'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF** |

**DECLARATION OF CHAD M. COLTON**

## DECLARATION OF CHAD M. COLTON

I, Chad M. Colton, declare as follows:

1. I am an attorney duly licensed to practice in the State of Oregon and before this Court, and am a partner at the law firm of Markowitz Herbold PC, counsel for defendant Vitamin Shoppe Industries, Inc. ("VSI") in the above-captioned matter. I make this declaration based on my own personal knowledge and, if called upon, could and would testify thereto.

2. I submit this declaration in support of VSI's contemporaneously-filed Response to Plaintiff's Supplemental Brief, which was filed February 19, 2015 (Dkt. No. 36).

3. Attached hereto as Exhibit 1 is a true and correct copy of the FDA's Dietary Supplement Labeling Guide: Chapter III. Net Quantity of Contents.

4. Attached hereto as Exhibit 2 is a true and correct copy of the FDA's Dietary Supplement Labeling Guide: Chapter IV. Nutritional Labeling.

5. Attached hereto as Exhibit 3 is a true and correct copy of the FDA's Warning Letter to Kasa's Food Distributing Co., dated July 5, 2012.

6. Attached hereto as Exhibit 4 is a true and correct copy of the FDA's Warning Letter to Health Breakthrough International, LLC, dated December 12, 2013.

7. Attached hereto as Exhibit 5 is a true and correct copy of the FDA's Warning Letter to Capt'n Chucky's Crab Cake Company, LLC, dated July 21, 2011.

8. Attached hereto as Exhibit 6 is a true and correct copy of the FDA's Warning Letter to Island Desserts LLC, dated October 5, 2011.

9. Attached hereto as Exhibit 7 is a true and correct copy of the FDA's Warning Letter to Chung's and Son Company, dated March 19, 2012.

10. Attached hereto as Exhibit 8 is a true and correct copy of the FDA's Warning Letter to Capitol Foods, Inc., dated May 17, 2012.

**pg. 1 – DECLARATION OF CHAD M. COLTON**

11.  Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Defendant ConAgra Foods, Inc.'s Notice of Motion and Motion to Dismiss Amended Class Action Complaint; Memorandum of Points and Authorities in Support thereof, filed as docket entry number 84 in the case titled *In re ConAgra Foods, Inc.*, Case No.: 2:11-CV-05379-MMM (AGR), before the United States District Court for Central District of California, Western Division ("*In re ConAgra*").

12.  Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Plaintiffs' Opposition to Defendant's Motion to Dismiss, filed as docket entry number 95 in *In re ConAgra*.

13.  Attached hereto as <u>Exhibit 11</u> is a true and correct copy of Reply of Defendant ConAgra Foods, Inc. in Support of Motion to Dismiss Consolidated Amended Class Action Complaint, filed as docket entry number 96 in *In re ConAgra*.

I declare under penalty of perjury, and pursuant to the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this 25th day of February, 2015.

MARKOWITZ HERBOLD PC

By:  */s/ Chad M. Colton*
Chad M. Colton, OSB #065774
(503) 295-3085
Of Attorneys for Defendant Vitamin Shoppe
Industries, Inc.