**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

LEE WALTERS, MD, and JANE ROE

_____
Plaintiff(s),

v.

VITAMIN SHOPPE, INC., and VS DIRECT., dba
The Vitamin Shoppe

_____
Defendant(s).

Civil Case No. 3:14-cv-01173-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Robert Allen Curtis** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Curtis, Robert, A.
 (Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Foley Bezek Behle & Curtis, LLP

Mailing Address: 15 West Carrillo Street

City: Santa Barbara   State: CA   Zip: 93101

Phone Number: 805.962.9495   Fax Number: 805.962.0722

Business E-mail Address: RCurtis@Foleybezek.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, December 1999, ID #203870

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Central District of California, December 1999; Northern District of California, November 2006; Western District of Michigan, May 2002; Southern District of California, February 2009; 9th Circuit Court of Appeals, October 2006.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
All plaintiffs / putative class representatives / class members.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __9TH__ day of __FEBRUARY__, __2015__

_____
(Signature of Pro Hac Counsel)

Robert A. Curtis
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __12__ day of __March__, __2015__

_____
(Signature of Local Counsel)

Name: __Klingbeil__  __Rick__  __D__
      (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: __933326__
Firm or Business Affiliation: __Rick Klingbeil, PC__
Mailing Address: __2222 NE Oregon Street, Suite 213__
City: __Portland__    State: __Oregon__    Zip: __97232__
Phone Number: __503.473.8565__    Business E-mail Address: __rick@klingbeil-law.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge