UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Lee Walters, MD, et al.

        Plaintiff(s),

v.

Vitamin Shoppe, Inc., et al.

        Defendant(s).

Civil Case No. 3:14-cv-01173-PK

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Robert L. Meyerhoff__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Meyerhoff, Robert, L.
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Venable LLP

Mailing Address: 101 California Street, Suite 3800

City: San Francisco    State: CA    Zip: 94111

Phone Number: (415) 653-3750    Fax Number: (415) 653-3755

Business E-mail Address: rlmeyerhoff@venable.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California, SB #245659, admitted 12/3/2006

New York, SB #864596, admitted 04/29/2013

Maryland, SB #201401100010, admitted 2014

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
USDC - Central CA, admitted 2014

USDC - Northern CA, admitted 2015

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Vitamin Shoppe Industries, Inc.

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this __15th__ day of __December__, __2017__

_____
(Signature of Pro Hac Counsel)

Robert L. Meyerhoff
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __20th__ day of __December__, __2017__

_____
(Signature of Local Counsel)

Name: __Colton__  __Chad__  __M.__
       (Last Name)  (First Name)  (MI)  (Suffix)

Oregon State Bar Number: __065774__
Firm or Business Affiliation: __Markowitz, Herbold PC__
Mailing Address: __1211 SW Fifth Avenue, Suite 3000__
City: __Portland__    State: __OR__    Zip: __97204__
Phone Number: __(503) 295-3085__    Business E-mail Address: __ChadColton@MarkowitzHerbold.com__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge